UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2025
```

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :
                                             :
                    -against-                :
                                             :
JAIRO ELIEZER ARIAS CACERAS,                 :          1:24-cr-659-GHW
                                             :
                    Defendant.               :          <u>ORDER</u>
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     A proceeding in this matter will take place on August 15, 2025 at 12:00 p.m.  The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

     SO ORDERED.

Dated:  August 11, 2025
    New York, New York

                             GREGORY H. WOODS
                          United States District Judge