**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2025

**MEMORANDUM ENDORSED**

October 20, 2025

**Re: *United States v. Jairo Arias-Caceras,* 1:24-cr-00659-GHW**

Dear Judge Woods,

    I write jointly on behalf of the parties to inform the Court that a change of counsel hearing was held in the above-captioned matter before the Honorable Gary Stein on October 17, 2025. At that hearing, undersigned counsel was relieved as counsel for the defendant, and CJA counsel Carrie Cohen was appointed to represent Mr. Arias-Caceras.

    Accordingly, the parties respectfully request that the change of counsel hearing currently scheduled for October 21, 2025, at 10:00 a.m., be vacated.

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
917-842-5074

Application granted. The change of counsel hearing scheduled for October 21, 2025 at 10:00 a.m. is adjourned *sine die*.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.
SO ORDERED.
Dated: October 20, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge