UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/27/2026

UNITED STATES OF AMERICA,

        -v-

JAIRO ELIEZER ARIAS CACERES,

        Defendant.

------------------------------------------------------------------ X

1:24-cr-659-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through JAY CLAYTON, United States Attorney for the Southern District of New York, KATHERINE CHENG and JACLYN DELLIGATTI, Assistant United States Attorneys, of counsel, and with the consent of JAIRO ELIEZER ARIAS CACERES, by and through his attorney, CARRIE H. COHEN, it is hereby ORDERED that the pretrial conference in this case is continued from March 3, 2026 to April 21, 2026 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendant and his counsel to receive and review discovery.  Accordingly, it is further ORDERED that the time from the date of this order through April 20, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 28.

SO ORDERED.

Dated:  February 27, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge