UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,

              -v-

JAIRO ELIEZER ARIAS CACERAS,

              Defendant.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2026

1:24-cr-659-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence on **Monday, October 26, 2026 at 9:00 a.m.**  The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Pretrial motions are due no later than July 6, 2026.  The Government's opposition to any defense motions are due no later than July 27, 2026.  Defendant's replies, if any, are due no later than August 3, 2026.  The Court will hold a hearing on any defense motions necessitating a hearing on September 8, 2026 at 9:30 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Expert disclosures by the United States required pursuant to Fed. R. Crim. P. 16 are due no later than August 3, 2026.  Expert disclosures by the Defendant required pursuant to Fed. R. Crim. P. 16 are due no later than August 17, 2026.

For all parties, the pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than September 8, 2026.  If

any motions *in limine* are filed, opposition papers are due no later than one week after the date of service of the motion.  Reply papers, if any, are due no later than one week after the date of service of the opposition.  Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed.

The Court will hold a final pretrial conference on September 30, 2026 at 9:30 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007

The parties are further directed to submit:  (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than September 2, 2026.  If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the applicable deadline.

SO ORDERED.

Dated:  April 22, 2026
New York, New York

_____
GREGORY B. WOODS
United States District Judge