UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/28/2026

---------------------------------------------------------------X
UNITED STATES OF AMERICA, :
:
-against- :
:
JAIRO ELIEZER ARIAS CACERAS, :
:
Defendant. :
---------------------------------------------------------------X

1:24-cr-659-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On April 22, 2026, the Court ordered that any pretrial motions by Defendant must be filed no later than July 7, 2026. Dkt. No. 30. The Court scheduled a hearing date with respect to any such motions for September 8, 2026. *Id.*.

Defendant did not file any pretrial motions by the deadline established by the Court. No request was made to extend that deadline. The Court understands that there will be no such motions. As a result, there is no need for the hearing scheduled for September 8, 2026. That hearing is adjourned *sine die.*

SO ORDERED.

Dated: July 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge