USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

UNITED STATES OF AMERICA, :

:

-against- :

:

JAIRO ELIEZER ARIAS CACERAS, : 1:24-cr-659-GHW

:

Defendant. : ORDER

---------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

A change of plea hearing in this matter will take place on July 31, 2026 at 12:00 p.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: July 30, 2026
New York, New York

__________________________________
GREGORY H. WOODS
United States District Judge