MORRISON FOERSTER

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SEATTLE, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

October 29, 2026

Writer's Direct Contact
+1 (212) 468-8049
CCohen@mofo.com

**MEMORANDUM ENDORSED**

By ECF

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Jairo Arias Caceras,*** **24 Cr. 659 (GHW)**

Dear Judge Woods:

We write on behalf of defendant Jario Arias Caceras in the above-referenced matter to respectfully request an adjournment of Mr. Arias's sentencing hearing from November 6, 2026 at 10:00 a.m. to December 15, 2026 at 1:00 p.m. We seek this extension in order to receive Mr. Arias's jail records, obtain additional letters of support, and incorporate the second PSR disclosure we received on October 22, 2026.

This is our first request for an adjournment of the sentencing hearing date and the government consents to this request.

Respectfully submitted,

/s/ Carrie H. Cohen

Carrie H. Cohen
*Attorney for Jairo Arias Caceras*

cc by ECF: Counsel of Record

Application granted in part. The sentencing hearing scheduled for November 6, 2026 is adjourned to January 6, 2027 at 10:30 a.m. The defendant's sentencing submissions are due no later than December 16, 2026; the Government's sentencing submissions are due no later than December 23, 2026.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.

SO ORDERED.
Dated: November 2, 2026
New York, New York

GREGORY H. WOODS
United States District Judge